**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Izah Alfred Jr.

**Debtor(s)**

Case No.: 10–40415

Chapter: 13

ENTERED
06/13/2016

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/13/16

_____
JEFF BOHM
United States Bankruptcy Judge